# Exhibit A

# Exhibit A



# When Donald Trump stays in Las Vegas, he stays at a UNION hotel!

Donald Trump is in Las Vegas this evening. Even though he owns a hotel here, he is staying at the Treasure Island Hotel & Casino (TI). Workers at the TI are members of the Culinary Union. They make an average of $3.33 more per hour than Trump workers, have affordable health insurance, and a secure retirement.

Meanwhile, Donald Trump has refused to agree to a fair process for workers at his hotel to form a union.

If Trump chooses to stay in a union hotel, why can't Trump Hotel workers choose to form a union?

## Make America Great Again: Start Here!

Talk to your committee leaders about your right to participate in Union activities! Text "Trump" to 877-877 to get text message updates about the campaign.


