# Exhibit B

# Exhibit B



# CULINARY WORKERS UNION LOCAL 226

- Our Union
- News
- Blog
- Video
- Photos
- For Members
- Affiliates
- ACT NOW!

## NEWS / NEWS CLIPS

### GET CONNECTED

Like 30k — Follow

OCT 10, 2015 · RALSTON LIVE · LINK TO ARTICLE

## Ralston Live: Bethany Khan, Michael Campus



Bethany Khan, Director of Communications and Digital Strategy and Michael Campus, a cook at the Trump Hotel Las Vegas went on Ralston Live to talk about the Trump organizing campaign.

### GET TEXT ALERTS

Your mobile # — MESSAGE & DATA RATES MAY APPLY

### GET EMAIL UPDATES

Your email — ZIP

### THE CULINARY WORKER

TOGETHER WE WIN!

## MORE NEWS

OCT 12, 2015 · ASSOCIATED PRESS
**Clinton has edge in Nevada, site of Dems' first debate**

OCT 12, 2015 · LAS VEGAS SUN
**Getting past the noise: What would presidential hopefuls really do for Nevada?**

OCT 12, 2015 · POLITICO

# Ralston Live

Now Playing | Bethany Khan, Michael Campus 10-8-15

Kyle Roerink, Kimberly Pierceall, Jim Farrell 10-9-15

Bethany Khan, Michael Campus 10-8-15

Chris Giunchigliani, Erin Phillips, Caitlyn Caruso

Veteran reporter, commentator and news analyst Jon Ralston returns to statewide television five nights a week. The weekday program, *Ralston Live,* airs on Nevada's two PBS member stations, Vegas PBS and KNPB in Reno.

The program will repeat overnight on both stations and will be available online on their websites. The repeat broadcasts are scheduled for midnight on both KNPB and Vegas PBS.

*Ralston Live* will feature the type of interviews, commentary and analysis that have made Jon Ralston a household name in Nevada for many years.

TV PROGRAMS

- TV Schedules
- Programs A-Z
- Food
- Veterans | Stories of Service
- Source Magazine
- Programming FAQs

**Vegas PBS Shows**

- Ralston Live
- Watch Full Episodes
- Check TV Schedules
- Contact Ralston Live

Watch Full Episodes Online >>

Watch on Vegas PBS Channel 10
Weekdays at 5:30 p.m.

Ralston Live
1,229 likes

Like Page Share

Be the first of your friends to like this

Ralston Live shared a link.
October 7 at 6:34pm

