JONATHAN W. FOUNTAIN
Nevada Bar No. 10351
JFountain@LRRlaw.com
**LEWIS ROCA ROTHGERBER LLP**
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

BART A. LAZAR
(*Pro hac vice* application to be submitted)
blazar@seyfarth.com
**SEYFARTH SHAW LLP**
131 S. Dearborn
Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5986
Facsimile:  (312) 460-7986

*Attorneys for Plaintiffs*
*Trump Ruffin Commercial LLC and*
*Trump Ruffin Tower I LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUMP RUFFIN COMMERCIAL LLC, and TRUMP RUFFIN TOWER I LLC<br><br>                    Plaintiffs,<br><br>        v.<br><br>LOCAL JOINT EXECUTIVE BOARD LAS VEGAS, CULINARY WORKERS UNION LOCAL 226, and BARTENDERS UNION LOCAL 165,<br><br>                    Defendants. | Case No.:  2:15-cv-01984-GMN-GWF<br><br>**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and District of Nevada Local Rule IB 7.1-1, Plaintiffs TRUMP RUFFIN COMMERCIAL LLC and TRUMP RUFFIN TOWER I LLC, by and through their counsel, state the following:

1.      Pursuant to Federal Rule of Civil Procedure 7.1,

        a.      TRUMP RUFFIN COMMERCIAL LLC has no parent corporation and, at this time, no publicly traded corporation owns more than 10% of its membership interests;

1   and

2       b.   TRUMP RUFFIN TOWER I LLC is a wholly-owned subsidiary of

3   Trump Ruffin LLC, a Delaware limited liability company, and, at this time, no publicly traded

4   corporation owns more than 10% of TRUMP RUFFIN TOWER I LLC's membership interests.

5       2.   Pursuant to District of Nevada Local Rule IB 7.1-1, the undersigned, counsel of

6   record for Plaintiff, certifies that, except as stated above, and except for the parties participating

7   in this case, there are no known persons who have a direct, pecuniary, interest in the outcome of

8   this case.

9       These representations are made to enable the judges of the Court to evaluate possible

10  disqualification or recusal.

11      Dated: this 22nd day of  October, 2015.

12                                          **LEWIS ROCA ROTHGERBER LLP**

13                                          By: /s/ Jonathan W. Fountain
                                            JONATHAN W. FOUNTAIN
14                                          Nevada Bar No. 10351
                                            JFountain@LRRlaw.com
15                                          3993 Howard Hughes Parkway
                                            Suite 600
16                                          Las Vegas, Nevada 89169
                                            Telephone: (702) 949-8200
17                                          Facsimile: (702) 949-8398

18                                          **SEYFARTH SHAW LLP**

19
                                            BART A. LAZAR
20                                          (*Pro hac vice* application to be submitted)
                                            blazar@seyfarth.com
21                                          131 S. Dearborn
                                            Suite 2400
22                                          Chicago, Illinois 60603
                                            Telephone: (312) 460-5986
23                                          Facsimile:  (312) 460-7986

24                                          *Attorneys for Plaintiffs*
                                            *Trump Ruffin Commercial LLC and*
25                                          *Trump Ruffin Tower I LLC*

26

27

28