AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| TRUMP RUFFIN COMMERCIAL LLC, and TRUMP RUFFIN TOWER I LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> LOCAL JOINT EXECUTIVE BOARD LAS VEGAS, CULINARY WORKERS UNION LOCAL 226, and BARTENDERS UNION LOCAL 165 <br><br> *Defendant(s)* | Civil Action No. 2:15-cv-01984-GMN-GWF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LOCAL JOINT EXECUTIVE BOARD LAS VEGAS
1630 S. Commerce Street
Las Vegas, NV  89102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan W. Fountain
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy., #600
Las Vegas, NV  89169

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK

*Lance S. Wilson*
(By) DEPUTY CLERK

10/14/15
DATE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

Trump Ruffin Commercial LLC and Trump Ruffin Tower I LLC,
          Plaintiff(s),

VS.

Local Joint Executive Board Las Vegas, Culinary Workers Union Local 226, and Bartenders Union Local 165,
          Defendant(s),

CASE NO:  2:15-cv-1984-GMN-GWF
DEPT NO:

**AFFIDAVIT OF SERVICE**

STATE OF NEVADA       )
                      ) ss.
COUNTY OF CLARK       )

Dave Parker, being duly sworn, states that at all times herein Affiant was and is over 18 years of age, not a party to nor interested in the proceeding in which this affidavit is made. Affiant is a licensed process server whose license number is stated below. That Affiant received a copy of the Summons & Complaint; on October 19, 2015. That Affiant personally served Local Joint Executive Board Las Vegas with a copy of the above stated documents on October 21, 2015 at 1:00 PM.

By delivering and leaving a copy with Theodore K. Pappageorge - Executive of Local Joint Executive Board Las Vegas at 1630 S Commerce St, Las Vegas, NV 89102-2705.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated  October 21, 2015.

_____
Dave Parker
Signature of Affiant
State License# #R-005923
Clark County Process Service LLC dba CCPS LV
720 E Charleston Blvd, Suite 135
Las Vegas, NV 89104
State License# 2031C

Order #:CC9911
Their File 301592-00001