RICHARD G. McCRACKEN, SBN 2748
KRISTIN L. MARTIN, SBN 7807
PAUL L. MORE, SBN 9628
McCRACKEN, STEMERMAN & HOLSBERRY
1630 S. Commerce Street, Suite A-1
Las Vegas, Nevada 89102
Tel. No.:  (702) 386-5107
Fax No.:  (702) 386-5132
E-mail:  rmccracken@dcbsf.com
  klm@dcbsf.com
  pmore@dcbsf.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUMP RUFFIN COMMERCIAL LLC, and TRUMP RUFFIN TOWER I LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>LOCAL JOINT EXECUTIVE BOARD LAS VEGAS, CULINARY WORKERS UNION LOCAL 226, and BARTENDERS UNION LOCAL 165,<br><br>    Defendants. | CASE NO. 2:15-cv-01984-GMN-GWF<br><br>**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT [FRCP 12(b)(6)]** |

Defendants Local Joint Executive Board of Las Vegas, Culinary Workers Union Local 226 and Bartenders Union Local 165 move to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and (1).  The Complaint fails to state a claim for violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), because (1) Plaintiffs do not have standing under Section 43(a)(1)(B) to pursue a false advertising claim against Defendants; (2) Plaintiffs have not, and cannot, allege that the misleading statement was made "in commercial advertising or promotion"; (3) the statements in the allegedly misleading flyer published by Defendants are not actionable under Section 43(a)(1)(B).  The Complaint fails to state a claim for violation of the Nevada Deceptive Trade Practices Act, NRS 598.0903 *et seq.* because the factual allegations do not amount to a violation and because the speech at issue was not commercial speech.  In the alternative, the Court should refrain from exercising supplemental jurisdiction over the state law claim.  This Motion is based on the supporting memorandum and the pleadings and papers filed herein.

DATE: November 30, 2015                McCRACKEN STEMERMAN & HOLSBERRY

  /s/ Kristin L. Martin
 RICHARD G. McCRACKEN, SBN 2748
 KRISTIN L. MARTIN, SBN 7807
 PAUL L. MORE, SBN 9628
 1630 S. Commerce Street, Suite A-1
 Las Vegas, Nevada 89102

 *Attorneys for Defendants*