1   Jonathan W. Fountain
    Nevada Bar No. 10351
2   **LEWIS ROCA ROTHGERBER**
    **CHRISTIE LLP**
3   3993 Howard Hughes Parkway
    Suite 600
4   Las Vegas, NV  89169
    Telephone: 702.949.8200
5   jfountain@lrrc.com

6   Bart A. Lazar
    (Admitted *pro hac vice*)
7   **SEYFARTH SHAW LLP**
    131 S. Dearborn
8   Suite 2400
    Chicago, IL 60603
9   Telephone: (312) 460-5986
    blazar@seyfarth.com
10
    *Attorneys for Plaintiffs*
11  *Trump Ruffin Commercial LLC and*
    *Trump Ruffin Tower I LLC*
12

13
                    **UNITED STATES DISTRICT COURT**
14
                         **DISTRICT OF NEVADA**
15

16
    TRUMP RUFFIN COMMERCIAL LLC,            Case No.:  2:15-cv-01984-GMN-GWF
17  and TRUMP RUFFIN TOWER I LLC

18                      Plaintiffs,          **PLAINTIFFS' NOTICE OF**
             v.                              **VOLUNTARY DISMISSAL**
19                                           **WITHOUT PREJUDICE**
    LOCAL JOINT EXECUTIVE BOARD LAS
20  VEGAS, CULINARY WORKERS UNION
    LOCAL 226, and BARTENDERS UNION
21  LOCAL 165,

22                      Defendants.

23

24        PLEASE TAKE NOTICE THAT, Plaintiffs Trump Ruffin Commercial LLC and Trump

25  Ruffin Tower I LLC (together "Plaintiffs") by its undersigned counsel, hereby dismisses without

26  prejudice, all claims and causes of action against Defendants Local Joint Executive Board Las

27  Vegas, Culinary Workers Union Local 226, and Bartenders Union Local 165 without costs or

28  attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

                                        -1-

1  Procedure.   None of the Defendants has served an answer or motion for summary judgment

2  herein.

3        Dated: this 17th day of August, 2016.

4                                        **LEWIS ROCA ROTHGERBER**
                                         **CHRISTIE LLP**
5
                                         By: /s/ Jonathan W. Fountain
6                                        Jonathan W. Fountain
                                         Nevada Bar No. 10351
7                                        3993 Howard Hughes Parkway
                                         Suite 600
8                                        Las Vegas, NV 89169
                                         Telephone: (702) 949-8200
9                                        jfountain@lrrc.com

10                                       **SEYFARTH SHAW LLP**
                                         Bart A. Lazar
11                                       (Admitted *pro hac vice*)
                                         131 S. Dearborn, Suite 2400
12                                       Chicago, IL 60603
                                         Telephone: (312) 460-5986
13                                       blazar@seyfarth.com

14                                       *Attorneys for Plaintiffs*
                                         *Trump Ruffin Commercial LLC and*
15                                       *Trump Ruffin Tower I LLC*

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Jonathan W. Fountain, hereby certify that on August 17, 2016, I filed a copy of the foregoing paper entitled, **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**, with the Clerk of the Court via the Court's CM/ECF system, which will send electronic notice to the following CM/ECF participants:

Kristin L. Martin
Paul L. More
McCRACKEN, STEMERMAN &
HOLSBERRY
595 Market Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 597-7200
klm@dcbsf.com
pmore@dcbsf.com

I hereby further certify that there are no non-CM/ECF participants who have appeared in this action upon whom service of a paper copy is required.

Dated: this 17th day of August, 2016.

/s/ Jonathan W. Fountain
An employee of Lewis Roca Rothgerber LLP